**John W. TYLER, Appellant,**

v.

**MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, Appellee.**

No. 05–2016.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 15, 2005.

Decided Dec. 22, 2005.

Greg E. Roosevelt, Edwardsville, IL, for Appellant.

Melinda Grace–Beasley, Gerald L. Meyr, Missouri Highway & Transportation Commission, Regional Counsel's Office, Jefferson City, MO, for Appellee.

Before BYE, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

John W. Tyler ("Tyler"), an African–American, claims that the Missouri Highways and Transportation Commission ("MHTC") denied him promotions because of his race and retaliated against him after he filed a discrimination complaint. The district court [1] granted summary judgment in favor of MHTC.

After a careful review of the record and the parties' briefs, we conclude that the

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.

1. The Honorable Audrey G. Fleissig, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

district court correctly granted summary judgment in favor of MHTC and that an extended opinion would add nothing of substance to the well-reasoned opinion of the district court. Therefore, we summarily affirm. *See* 8th Cir. R. 47B.[2]

2. We also grant Tyler's motion for leave to file a corrected brief and deny MHTC's motion to dismiss.